January 21, 2015

79, 416-04

ABEL ACOSTA, Clerk
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

MOTION DENIED
DATE: 2/4/15
BY: _____

Re: Tr.ct. NO. W93-61657-Q(A)
WR-79,416-04
PATRICK BERNARD INGRAM, EX PARTE #1669001

DEAR Clerk,

Enclosed please find applicants "MOTION TO STAY Proceedings" and "MOTION FOR ORDER".
Please file these and bring them to the Courts attention.

Thank you for your attention in this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 28 2015

Abel Acosta, Clerk

Sincerely,

PATRICK BERNARD INGRAM
TDCJ-ID #1669001
Allred Unit
2101 FM 369 N
Iowa Park, Texas 76367

Tr. Ct. No. W93-61657-Q(A)

WR-79,416-04

EX PARTE § IN THE COURT OF CRIMINAL
§
§ APPEALS OF TEXAS
§
PATRICK BERNARD INGRAM § AUSTIN, TEXAS

## MOTION TO STAY PROCEEDINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PATRICK BERNARD INGRAM, hereinafter applicant, and would show the following:

### I

On November 17, 2014 applicant filed his 11.07 Writ of habeas corpus in the JUDICIAL 204th District Court, Dallas County TEXAS for Processing. On November 24, 2014 the trial court found there were Controverted, Previously unresolved facts material to the Legality of applicant's Confinement.

On January 5, 2015 The Court OF Criminal Appeals received applicant's 11.07 (Applicant was notified 10 (ten) days Later.)

### II

Dallas County District Clerk Gary Fitzsimmons failed To forward the Courts findings and recommendation to applicant as a matter of operation of Law in accords with article 11.07 (d) Sec. 7

"the Clerk OF the court Shall mail or deliver to the applicant a Copy OF the answer, motion, Pleading, or order.

—1—

Mr. FITZSIMMONS has failed to comply. Therefore, applicant is unaware of the courts findings or recommendation and unable to prepare a response, due to the "due process" violation.

## III
## CONCLUSION

Applicant respectfully request that this Court would stay the proceedings, with order, that applicant may respond if the trial court has denied applicants' relief.

Respectfully Submitted,

Patrick BERNARD INGRAM
TDCJ-ID# 1669001
Allred Unit
2101 FM 369 N.
Iowa Park, TEXAS 76367

-2-

Tr. ct. NO W93-61656-Q(A)
WR-79,416-04

EX PARTE                    § IN THE COURT OF CRIMINAL
                            § APPEALS OF TEXAS
PATRICK BERNARD INGRAM      § AUSTIN, TEXAS

## MOTION FOR ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PATRICK BERNARD INGRAM, hereinafter applicant, and would show the Court the following:

### I

On January 5, 2015 Mr. ABEL ACOSTA, Clerk of the Court OF CRIMINAL APPEALS received applicants' 11.07 writ OF habeas Corpus from Dallas County Clerk, GARY FITZSIMMONS. (Applicant received notice Ten (10) days Later.

Mr. FITZSIMMONS failed To comply with Article 11.07 (d) Sec. 7 OF CODE OF CRIMINAL PROCEDURE.

"THE CLERK OF the Court Shall mail or deliver to the applicant a Copy OF the answer, motion, Pleading, or order.

### II

THEREFORE, applicant is unable to respond or reply to the trial Court's finding or recommendation, if the trial Court opposes applicant's relief.

—1—

# III
## Conclusion

Wherefore, applicant Prays this Court would order Mr. Fitzsimmons To Forward all documents to applicant according to article 11.07 (d) sec. 7 C.C.P

Respectfully Submitted,

Patrick Bernard Ingram
TDCJ-ID #1669001
Allred Prison
2101 FM 369 N
Iowa Park, Texas 76367

-2-